ELIOT GORSON, St. Bar # 99717
4200 Park Blvd., PMB 273
Oakland, CA 94602
(510)325-3827

Attorney for Defendants,
DELICATE DATA, LLC. and BEAUDON SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INC21.com, | CASE NO: C09-01824 SC |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| vs. | |
| DELICATE DATA, LLC; BEADON SPAULDING, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the respective counsel for the parties in the above captioned matter that the Case Management Conference presently set for August 14, 2009, at 10:00 AM in Courtroom 1, before the Honorable Samuel Conti, be continued to August 28, 2009, at 10:00 AM. The continuance is necessary due to defendants' counsel's required attendance at a pre-trial issue conference

//
//
//
//
//
//

in a Contra Costa County Superior Court action scheduled on August 14, 2009, at 10:30 AM.

Dated: 8/12/09

WILLIAM F. SCHAUMAN
Attorney for Plaintiff
INC21.COM

Dated: 8-12-09

ELIOT GORSON
Attorney for Defendant
DELICATE DATA, LLC.

## ORDER

Good cause appearing,

    IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned matter, which is presently set for August 14, 2009, at 10:00 AM in Courtroom 1 of this Court be continued to August 28, 2009, at 10:00 AM.

Dated: August 13, 2009

The Honorable

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*