| | |
|---|---|
| 1 | William F. Schauman [State Bar No. 210661] |
| 2 | SCHAUMAN & HUBINS |
| | 5700 Stoneridge Mall Road, Suite 130 |
| 3 | Pleasanton, California 94588 |
| | Telephone (925) 846-5400 |
| 4 | Fax: (925) 846-5402 |
| 5 | |
| | Attorneys for Plaintiff, INC21.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INC21.com, | Case No. C09-01824 SC |
| Plaintiff, | STIPULATION ~~STIPUALTION~~ TO EXTEND DISCOVERY AND FRCP 26(A)(3) DISCLOSURE DEADLINES AND ~~[PROPOSED]~~ ORDER |
| vs. | |
| DELICATE DATA, LLC; BEAUDON SPAULDING; and, DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS STIPULATED by and between Plaintiff, INC21.com, and Defendants, DELICATE DATA, LLC; BEAUDON SPAULDING, as follows:

The Court, by and through its scheduling order dated September 24, 2009, set the on-expert discovery cut-off date for February 26, 2010 and the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) was also set for February 26, 2010.

However, the parties have been unable to complete all of the discovery necessary in this matter given that much of the documentation and information necessary for Plaintiff to prosecute its case and Defendants to defend themselves are controlled by out of state third parties. (See Declarations of William F. Schauman for Plaintiff INC21.com and Eliot Gorson for Defendants,

- 1 -
STIPUALTION TO EXTEND DISCOVERY AND FRCP 26(A)(3) DISCLOSURE DEADLINES AND
~~[PROPOSED]~~ ORDER

Delicate Data and Beaudon Spaulding filed concurrently herewith.) The parties believe that they should be able to obtain all of the critical documentation and information from those third parties by the end of March 2010.

Accordingly, the parties stipulate and respectfully request that the Court grant a continuance of the non-expert discovery cut-off date from February 26, 2010 until March 31, 2010 and also the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) to April 16, 2010 (the expert exchange deadlines triggered by the initial disclosure such as the disclosure of opposing reports and reply reports shall follow the new deadline in accordance with the scheduling order).

IT IS SO STIPULATED.

Dated: February 15, 2010

LAW OFFICES OF ELIOT GORSON

By: _____
Eliot Gorson

Attorneys for Defendants

Dated: February 15, 2010

SCHAUMAN & HUBINS

By: _____
WILLIAM F. SCHAUMAN
Attorneys for Plaintiff INC21.com

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is ordered as follows:

The non-expert discovery cut-off date is continued from February 26, 2010 to March 31, 2010. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) is continued from February 26, 2010 to April 16, 2010 (the expert exchange deadlines triggered by the initial disclosure such as the disclosure of opposing reports and reply reports shall follow the new deadline in accordance with the scheduling order).

Dated: February 19, 2010.



THE HONORABLE WILLIAM ALSUP
Judge of the United States District Court for the
Northern District of California